*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 30, 2015                    519223
_____

In the Matter of TREVOR
    McBRIDE,
                        Appellant,

        v                                  MEMORANDUM AND ORDER

TINA M. STANFORD, as Chair of
    the Board of Parole,
                        Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Lahtinen, J.P., McCarthy, Lynch and Devine, JJ.

                        _____

        Trevor McBride, Gowanda, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Zainab A.
Chaudhry of counsel), for respondent.

                        _____

        Appeal from a judgment of the Supreme Court (Zwack, J.),
entered June 20, 2014 in Albany County, which, in a proceeding
pursuant to CPLR article 78, granted respondent's motion to
dismiss the petition.

        In 2012, petitioner was convicted of aggravated vehicular
homicide and sentenced to a prison term of 4 to 12 years.
Petitioner commenced this CPLR article 78 proceeding,
challenging, as is relevant to this appeal, his eligibility for
merit time.  Supreme Court granted respondent's motion to dismiss
the petition for failure to state a cause of action.  Petitioner
now appeals.

        The Attorney General has advised this Court that petitioner
has made his initial appearance before the Board of Parole.

Given that "[t]he effect of a merit time allowance would be to accelerate petitioner's original parole hearing date," his appearance before the Board renders this appeal moot (Matter of McKeown v Goord, 284 AD2d 622, 622 [2001]; see Matter of Hunter v Commissioner of Correctional Servs., 297 AD2d 891 [2002], lv denied 99 NY2d 506 [2003]).

Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur.

ORDERED that the appeal is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court